## **INDEX OF EXHIBITS**

| **Exhibit** | **Description of Exhibit** |
|---|---|
| 1 | Opinion and Order Granting Plaintiff's Motion for Reasonable Attorney Fees |
| 2 | Amended Time Spreadsheet |