| DATE | MINUTES | NAME | ACTIVITY | DETAILS | AMOUNT | SHARED | TOTAL |
|---|---|---|---|---|---|---|---|
| 6/5/2009 | 240 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Complaint | $800.00 | Y | $400.00 |
| 6/8/2009 | 180 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Complaint | $600.00 | Y | $300.00 |
| 6/9/2009 | 108 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | Complaint | $360.00 | Y | $180.00 |
| 6/10/2009 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | | $60.00 | Y | $30.00 |
| 6/10/2009 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | | $60.00 | Y | $30.00 |
| 6/10/2009 | 6 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Documentation - Service Request & Client Notes | | $20.00 | Y | $10.00 |
| 6/15/2009 | 6 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Supervision - Receiving Feedback & Information from Manager (Casework Review, Performance Review) | | $20.00 | Y | $10.00 |
| 7/6/2009 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | | $60.00 | Y | $30.00 |
| 7/8/2009 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ Dan re Wayne County file | $60.00 | Y | $30.00 |
| 7/9/2009 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Check of WCP Docket | $100.00 | Y | $50.00 |
| 9/3/2009 | 48 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Compiled time info specific to this case | $160.00 | Y | $80.00 |

| Date | Duration | Case/PPR | Activity | Notes | Amount | Y/N | Amount |
|---|---|---|---|---|---|---|---|
| 9/17/2009 | 6 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Supervision - Receiving Feedback & Information from Manager (Casework Review, Performance Review) | Case review with superviser | $20.00 | Y | $10.00 |
| 10/19/2009 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Letter to Rataj/Mateo | $100.00 | N | $100.00 |
| 10/21/2009 | 36 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Filed attorney letter w/ court | $120.00 | N | $120.00 |
| 10/28/2009 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Appearance in Court or Administrative Hearing | | $200.00 | Y* | $100.00 |
| 10/28/2009 | 180 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | | $600.00 | Y* | $300.00 |
| 10/28/2009 | 72 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Travel (Please provide detail in Timesheet Notes) | Went to/from Federal Court | $240.00 | Y* | $120.00 |
| 10/29/2009 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Supplemental exhibit filing | $200.00 | Y* | $100.00 |
| 12/21/2009 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Made call Judge Chambers | $100.00 | Y* | $50.00 |
| 1/25/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Documentation - Service Request & Client Notes | Docketed mediation date | $60.00 | Y* | $30.00 |
| 1/25/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mail to JS | $100.00 | Y | $50.00 |
| 1/28/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Prep of witness list including reviewing file | $140.00 | Y | $70.00 |

| Date | Minutes | Case | Activity | Description | Amount | Y/N | Amount |
|---|---|---|---|---|---|---|---|
| 1/29/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Witness list | $140.00 | Y | $70.00 |
| 2/1/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Finished witness list | $100.00 | Y | $50.00 |
| 2/2/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Reviewed police reports | $100.00 | N | $100.00 |
| 2/2/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | Reviewed witness list | $60.00 | Y | $30.00 |
| 2/12/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mails w/ SK regarding discovery issues | $100.00 | Y* | $50.00 |
| 2/12/2010 | 180 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Researched drafting and reworking Int. and Doc. Req. | $600.00 | Y* | $300.00 |
| 2/17/2010 | 30 | 923440 \|Christopher Cole\|PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Subpoena for jail records | $100.00 | Y | $50.00 |
| 2/17/2010 | 48 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Reviewed police reports and worked on amending witness list | $160.00 | Y* | $80.00 |
| 2/18/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Finishing touches on amended witness list | $60.00 | Y | $30.00 |
| 2/18/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Read jail proceedural Manual | $200.00 | Y | $100.00 |
| 2/18/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ SK about jail investigations and materials usually sought | $100.00 | Y | $50.00 |
| 2/24/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) |  | $140.00 | Y* | $70.00 |

| Date | | Client/Matter | Category | Description | Amount | | Amount |
|---|---|---|---|---|---|---|---|
| 2/25/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Reviewed records and sent e-mail to opp counsel | $140.00 | Y* | $70.00 |
| 3/1/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Research on Subpoenas and other discovery issues. Drafted supplemental Interrogatories and document requests. | $400.00 | Y | $200.00 |
| 3/1/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Reviewed previous case and looked to look for info related to this case. | $200.00 | Y* | $100.00 |
| 3/3/2010 | 78 | 923440\|Christopher Cole\|PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Reviewed rules on subpoenas of non party and rules of service | $260.00 | Y | $130.00 |
| 3/5/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Reviewed previous case w/ sheriff's office. research on Detroit-Wayne CMH | $400.00 | Y* | $200.00 |
| 3/11/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | DWCMH and Sherriff's Office contracts research | $200.00 | Y* | $100.00 |
| 3/12/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Scheduling order and final deadlines for discovery | $100.00 | Y | $50.00 |
| 3/17/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mails back-forth w/ opp counsel on extention of time to answer int. | $60.00 | Y | $30.00 |
| 3/17/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | More e-mails regard Int. answers and searching and sending word version of int. to opp counsel | $100.00 | Y | $50.00 |

| Date | Number | Attorney | Research, Reading, Review and/or Compiling Information (Client-Related) | Description | Amount | Y/N | Amount |
|---|---|---|---|---|---|---|---|
| 3/18/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | | Re-reading sum jud motion, planning brief to update motion and for mediation in April | $400.00 | Y* | $200.00 |
| 3/22/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Had Dan file stip & order w/ court | $40.00 | Y | $20.00 |
| 3/22/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Several e-mails w/ Opp Counsel for stip&order on answering discovery requests | $140.00 | Y* | $70.00 |
| 3/25/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Started work on protective order | $200.00 | Y | $100.00 |
| 3/25/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Met w/ James re protective order e-mails and call [SHOULD BE SPOKE W/] | $100.00 | Y | $50.00 |
| 3/26/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Arranged for James to bring us file | $60.00 | Y | $30.00 |
| 3/26/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mail to opp counsel - about IA file | $40.00 | Y* | $20.00 |
| 3/26/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Finished work on protective order | $200.00 | Y | $100.00 |
| 3/29/2010 [CORRECT DATE 3/28/10] | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mails w/ opp counsel to arrange exchanging files | $40.00 | Y | $20.00 |
| 3/29/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Prepared and filed protective order w/court | $100.00 | Y | $50.00 |

| Date | Time | Account | Category | Description | Amount | Billed | Amount |
|---|---|---|---|---|---|---|---|
| 3/29/2010 | 180 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Reviewed files sent to me by opp counsel Internal affairs and contracts | $600.00 | N | $600.00 |
| 3/30/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Filing, Faxing, File/Records Organizing | Order withdrawing motion docketed | $40.00 | Y* | $20.00 |
| 3/30/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Filing, Faxing, File/Records Organizing | Rec stip entered in docketing book | $60.00 | Y* | $30.00 |
| 3/31/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Read and reviewed records | $400.00 | N | $400.00 |
| 4/1/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Read file provided by County | $200.00 | N | $200.00 |
| 4/7/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Calls to opp counsel | $100.00 | Y* | $50.00 |
| 4/13/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Call w/ Jim S about settling this matter. | $200.00 | Y | $100.00 |
| 4/14/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | On HIPAA | $100.00 | N | $100.00 |
| 4/14/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Researched and put together e-mail to Jim S | $400.00 | Y | $200.00 |
| 4/14/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ Elmer C and Mark C about settlement cong -- e-mails | $60.00 | Y* | $30.00 |
| 4/14/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Met w/ Jim S about settlement conf [SHOULD BE SPOKE WITH] | $60.00 | Y* | $30.00 |

| Date | Min | Matter | Activity Type | Description | Amount | Flag | Total |
|---|---|---|---|---|---|---|---|
| 4/14/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ Sara K about mediation | $60.00 | Y* | $30.00 |
| 4/15/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mail w/ JS re settlement | $60.00 | X | $0.00 |
| 4/15/2010 Correct date 4/14/10 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | E-mails w/ sara regarding availability for set conf | $60.00 | Y* | $30.00 |
| 4/15/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | LM for JS | $40.00 | Y* | $20.00 |
| 4/15/2010 Correct date 4/14/10 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Several e-mails w/ Elmer re conference | $140.00 | Y* | $70.00 |
| 4/20/2010 | 90 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Worked on mediation summary | $300.00 | Y* | $150.00 |
| 4/21/2010 | 72 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Ex-parte mediation summary | $240.00 | Y* | $120.00 |
| 4/22/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | Mediation | $140.00 | Y* | $70.00 |
| 4/22/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Discussed filing brief w/ LL DC | $60.00 | Y* | $30.00 |
| 4/22/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mails re set conf tues | $40.00 | Y* | $20.00 |
| 4/22/2010 | 78 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Finished off summary | $260.00 | Y* | $130.00 |
| 4/26/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Client (Face-to-Face) | Met w/ Elmer to discuss set conf. | $100.00 | Y* | $50.00 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/26/2010 | 30 | 923440 | Christopher Cole | PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | Prepared for Tues. Set Conf | $100.00 | Y* | $50.00 |
| 4/26/2010 | 60 | 923440 | Christopher Cole | PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | Read over case material for set conf | $200.00 | Y* | $100.00 |
| 4/26/2010 | 42 | 923440 | Christopher Cole | PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ Veena re set conf | $140.00 | Y* | $70.00 |
| 4/27/2010 | 48 | 923440 | Christopher Cole | PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | After conf to discuss next steps and debrief | $160.00 | Y* | $80.00 |
| 4/27/2010 | 90 | 923440|Christopher Cole|PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | Gathered time records and reviewed record we have received | $300.00 | Y | $150.00 |
| 4/27/2010 | 72 | 923440 | Christopher Cole | PPR Does not have SubProblems | Legal - Appearance in Court or Administrative Hearing | Settlement conf | $240.00 | Y* | $120.00 |
| 4/27/2010 | 60 | 923440 | Christopher Cole | PPR Does not have SubProblems | Travel (Please provide detail in Timesheet Notes) | To fed dist ct for set conf | $200.00 | Y* | $100.00 |
| 4/27/2010 | 42 | 923440|Christopher Cole|PPR Does not have SubProblems | Meeting- Consultation with Other MPAS Staff (One-to-One, Small Groups | Met w/ VR and EC | $140.00 | Y* | $70.00 |
| 4/28/2010 | 90 | 923440 | Christopher Cole | PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Reviewed pass access cases | $300.00 | Y* | $150.00 |
| 5/3/2010 | 30 | 923440 | Christopher Cole | PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Call to judge e-mail to JS re status conf | $100.00 | Y* | $50.00 |
| 5/3/2010 | 12 | 923440 | Christopher Cole | PPR Does not have SubProblems | Documentation - Service Request & Client Notes | Rec notice of status conf | $40.00 | Y* | $20.00 |

| Date | Hours | Matter | Activity | Notes | Rate | Billable | Amount |
|------|-------|--------|----------|-------|------|----------|--------|
| 6/1/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | Requested consent to change status conference | $100.00 | X | $0.00 |
| 6/2/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Called judge's case manager on reseting hearing | $60.00 | X | $0.00 |
| 6/2/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Correspondence with Third Party related to Client Issue (e-mail, letter) | E-mails and letter w/ opp counsel on reseting status conf | $100.00 | X | $0.00 |
| 6/8/2010 | 48 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | Reviewed briefs and e-mails | $160.00 | Y* | $80.00 |
| 6/21/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Preparation for Hearing/Court Appearance (Review of Documents, Practice) | | $60.00 | Y* | $30.00 |
| 6/21/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Appearance in Court or Administrative Hearing | Status conf. | $100.00 | N | $100.00 |
| 6/21/2010 | 48 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Travel (Please provide detail in Timesheet Notes) | From Detroit after Conference | $160.00 | N | $160.00 |
| 6/21/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Travel (Please provide detail in Timesheet Notes) | To Detroit for hearing | $140.00 | N | $140.00 |
| 6/21/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ Elmer | $60.00 | N | $60.00 |
| 7/1/2010 | 90 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Re reply | $300.00 | N | $300.00 |
| 7/1/2010 | 120 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Reply brief | $400.00 | N | $400.00 |

| Date | Amount | Client | Activity | Description | Rate | N | Total |
|---|---|---|---|---|---|---|---|
| 7/2/2010 | 90 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | Read cited cases by def | $300.00 | N | $300.00 |
| 7/2/2010 | 90 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Reply brief | $300.00 | N | $300.00 |
| 7/6/2010 | 192 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Reply brief and some reasearch | $640.00 | N | $640.00 |
| 7/7/2010 | 150 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Writing Brief, Amicus, Other Legal Documents | Finishing reply and filing | $500.00 | N | $500.00 |
| 7/7/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Research (e.g. Westlaw, Lexis) | P&A access cases | $200.00 | N | $200.00 |
| 7/9/2010 | 18 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Discussed pretrial w/ Elmer | $60.00 | N | $60.00 |
| 7/12/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Appearance in Court or Administrative Hearing | At pre-trial | $140.00 | N | $140.00 |
| 7/12/2010 | 72 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Travel (Please provide detail in Timesheet Notes) | Travel to/from fed dist ct - pre-trial | $240.00 | N | $240.00 |
| 7/12/2010 | 42 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Meeting - Consultation with Other MPAS Staff (One-to-One, Small Groups) | Met w/ MC ND and EC re pretrial | $140.00 | N | $140.00 |
| 7/30/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | Called judge's case manager | $100.00 | N | $100.00 |
| 9/28/2010 | 30 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Legal - Appearance in Court or Administrative Hearing | Meeting by phone with judge | $100.00 | N | $100.00 |
| 9/28/2010 | 12 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Telephone call - with other parties related to Client's issues | W/ court | $40.00 | N | $40.00 |

| 9/30/2010 | 60 | 923440 \| Christopher Cole \| PPR Does not have SubProblems | Research, Reading, Review and/or Compiling Information (Client-Related) | Reviewed courts decision issued today | $200.00 | N | $200.00 |
|---|---|---|---|---|---|---|---|

TOTAL:   $12,440.00

Delete